IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 25-cv-04086-CYC

BERNARDO BACHOS ABARCA,

    Petitioner,
v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
ROBERT HAGAN, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement;
TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; and
PAMELA JO BONDI, in her official capacity as the Attorney General of the United States;

    Respondents.

## ORDER TO SHOW CAUSE

**Cyrus Y. Chung, United States Magistrate Judge.**

    This matter is before the Court on the Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief ("Petition"), ECF No. 1, filed by Petitioner Bernardo Backos Abarca ("Petitioner"). The Petitioner is currently detained at the Aurora Contract Detention Facility in Aurora, Colorado, which is under the custody and control of the Respondents. *Id*. ¶¶ 2, 5, 20, 61. He seeks a Court order instructing Respondents to provide him a bond hearing or release him. *Id*. ¶¶ 18–19.

    Upon review of the Petition, it is hereby ORDERED that, **on or before January 27, 2026**, the Respondents shall **SHOW CAUSE** why the Petition shall not be granted. *See, e.g., Florez Marin v. Baltazar*, No. 25-cv-03697-PAB, ECF No. 5 at 1 (Nov. 19, 2025); *Yassine v. Collins*, No. 1:25-cv-00786-ADA-SH, 2025 WL 1954064, at *1 (W.D. Tex. July 7, 2025)

1

(explaining that while § 2243 refers to a three day deadline, this requirement is "subordinate to the district court's authority to set deadlines" itself, and granting respondents a fourteen day deadline to respond in order to "give [r]espondents adequate time to brief the issues" (quotations omitted)). It is further ORDERED that the Petitioner may file a reply **on or before February 3, 2026**.

Entered and dated this 20th day of January, 2026, at Denver, Colorado.

BY THE COURT:

_____

Cyrus Y. Chung
United States Magistrate Judge