# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04086-CYC

BERNARDO BACHOS ABARCA,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora ICE Processing Center;
ROBERT HAGAN, in his official capacity as Field Office Director of the Aurora Field Office of Enforcement and Removal Operations, U.S. Immigrations and Customs Enforcement;
TODD M. LYONS, in his official capacity as Acting Director, Immigration and Customs Enforcement;
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; and
PAMELA JO BONDI, in her official capacity as the Attorney General of the United States;

    Respondents.

## JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 12) by Magistrate Judge Cyrus Y. Chung entered on February 5, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part and DENIED without prejudice in part.

IT is **FURTHER ORDERED** that this case is closed.

Dated this 2nd day of March, 2026.

        FOR THE COURT:
        JEFFREY P. COLWELL

        By: _____
        S. Price Deputy Clerk